ORG
IC

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

MOMCILO FILIPOVIC
PLAINTIFF

V.

FIRST GROUP AMERICA INC
ILLINOIS HUMAN RIGHTS COMMISSION

CASE No 1:25-V-07593
HONORABLE
JOHN J THARP JR.

**FILED**
AUG 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MOTION
FOR
JUDGEMENT BY DEFAULT

ON JULY 15 2025 U.S. MARSHAL SERVICES SERVED SUMMONS IN A CIVIL ACTION TO DEFENDANT ILLINOIS HUMAN RIGHTS COMMISION WITH ATTACHED COMPLAINT. BY RULE 12 OF FEDERAL RULE OF CIVIL PROCEDURE DEFENDANT HAVE 21 DAYS TO SERVE ON THE PLAINTIFF AN ANSWER TO ATTACHED COMPLAINT OR MOTION. SUMMONS SAID IF YOU FAIL TO DO SO JUDGEMENT BY DEFAULT WILL BE ENTERED AGAINST YOU.

DEFENDANT CALLOUSELY UNDERMINDED THAT

PLAINTIFF MOMCILO FILIPOVIC PRAY THIS COURT TO ENTER JUDGEMENT BY DEFAULT AGAINST ILLINOIS HUMAN RIGHTS COMMISSION FOR THE RELIEF DEMANDED IN THE COMPLAINT

THANK YOU

WESTMONT IL
08.19.2025

MOMCILO FILIPOVIC
630-415-9555

